**Lionel ANDERSON, Plaintiff-Appellant,**

v.

**NATALIE GAYLE CORPORATION, Missouri Housing Development Commission, Theresa Anderson Williams, and Shirlene Chambers, Defendants-Respondents.**

No. 49071.

Missouri Court of Appeals,
Eastern District,
Division One.

May 14, 1985.

Wilson Gray, St. Louis, for plaintiff-appellant.

Robert C. Jones, Clayton, for defendants-respondents.

ORDER

PER CURIAM.

Plaintiff's suit to set aside a deed on the ground of fraud was dismissed due to a lack of credible evidence to establish his cause of action as to all defendants. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).